```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**CHAMOND HENDERSON**         )
                              )
            v.                )     Civil No. 04-40119-NMG
                              )
                              )
**UNITED STATES OF AMERICA**  )

### GOVERNMENT'S MOTION TO CONTINUE RESPONSE DATE

The United States of America hereby moves that the time for the government to file a response to the Petition in this case be extended for 45 days.  As grounds therefore, the undersigned states that, he is presently scheduled to go to trial on November 8, 2004 in <u>United States v. Martinez</u>, 03-10323-NG.  <u>Martinez</u> involved the alleged ecstasy overdose of a 17-year old girl which is expected to last three weeks.  In view of the press of this case and other matters, the undersigned had not been able to complete the response to the many claims asserted by the defendant in his 2255 Petition.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

                   By:   /s John A. Wortmann, Jr.
                         JOHN A. WORTMANN, JR.
                         Assistant U.S. Attorney
                         One Courthouse Way
                         Boston, MA
                         (617) 748-3207
```

CERTIFICATE OF SERVICE

    I, JOHN A WORTMANN, JR., Assistant U.S. Attorney, do hereby certify that I have this 6th day of Novembert, 2004, served the copy of the foregoing by mail to Chamond Henderson, PRO SE, No. 80165-038, FCI, Fort Dix West, PO Box 7000-5802 Fort Dix, NJ 08640.

                                        /s John A. Wortmann, Jr.
                                        JOHN A. WORTMANN, JR.
                                        Assistant U.S. Attorney