United States District Court
District of Massachusetts
Worcester Division

Chamond Henderson
       petitioner

V,

United States of America
       respondant

Civil action
# No. 04-40119

## Motion for Enlargement of Time

Now comes petitioner, Chamond Henderson, and respectfully moves this honorable court to enlarge the time in which petitioner may respond and reply to the government's response and opposition to 2255 petition.

Petitioner is currently doing time at Ft. Dix-FCI. There is extremely limited access to the law library and the typewriters. That coupled with the flood of people trying to put in new claims in light of Blakely/Booker. There just isn't enough time space and typewriters (11 to be exact) to accomodate the rush on the compound.

In addition the government has drafted a 30+ page opposition to petitioner's 2255. The petitioner is unlettered in the law; see.

Haines v. Kerner 30 LEd 2d 652, The United States Supreme Court hold allegations of pro se complaint to less stringent standards than formal pleadings drafted by lawyers.

Wherefore, this petitioner prays that this Court enlarge time 30 days to enable him to submit a Reply to the governments opposition.

Respectfully submitted
Chamond Henderson
02/08/05

Certificate of Service

I, Chamond Henderson, certify that, on Feb. 8th 2005. I, caused one copy of the foregoing motion to be served by mail on the AUSA John. A. Wortman, Jr.
I declare under penalty of perjury that the foregoing is true and correct. Executed on this day Feb. 8th 2005.

Respectfully submitted,
Chamond Henderson
02/08/05