```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**CHAMOND HENDERSON**         )
                              )
         v.                   )    Civil No. 04-40119-NMG
                              )
**UNITED STATES OF AMERICA**  )
                              )

**GOVERNMENT'S RESPONSE TO MOTION FOR ENLARGEMENT OF TIME**

The government does not oppose the extension of time requested by Chamond Henderson to file what is really a reply memorandum regarding the sufficiency of his 2255 Petition. What the government does ask is that, in view of the rambling, 41-page document that Henderson has already filed, any such reply be limited to 10 pages and that the Petitioner be directed to support any factual assertions he makes based on citations the record or other verified materials.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                   By:    /s John A. Wortmann, Jr.
                          JOHN A. WORTMANN, JR.
                          Assistant U.S. Attorney
                          (617) 748-3207

                    CERTIFICATE OF SERVICE

   I, JOHN A WORTMANN, JR., Assistant U.S. Attorney, do hereby certify that I have this 16th day of February , 2005, served the copy of the foregoing by mail to the Petitioner.

                            /s John A. Wortmann, Jr.

1

                    JOHN A. WORTMANN, JR.
                    Assistant U.S. Attorney