US District Court
District of Massachusetts
Worcester Division

Chamond Henderson
                    Petitioner                        Civil action
       √                                              No. 04-40PP9
United States of America
                    Respondent


MOTION FOR RECONSIDERATION OF Judgment OF 2255
Motion to Vacate set aside or correct sentence


NowComes, Chamond Henderson, pro se Petitioner and
respectfully requests the court reconsider, alter or amend
judgment of Petitioner's 2255 Motion pursuant to Fed. Rules
of civil procedure .Rule 59(e). Petitioner requests the court
grant leave to amend original 2255 memorandum of Law points
~~Petitioner~~ AND issues Pursuant to Fed. Rules of Civil
Procedure Rule 15(a) to clarify the clouded issues in Petition.
Also Petitioner requests court give him an opportunity to Reply
to the government's opposition to 2255 motion again to clarify
Petitioner's position on Admittedly clouded issues.


Petitioner prays the honorable court take into consideration
this is Petitioner's 1st pro se litagation and grants leave to
clarify issues with A schedule to submit Amendment and or
Reply to government's opposition.

                                              Respectfully
                           03-07-05 C. Henderson

# CERTIFICATE OF SERVICE

I, Chamond Henderson, certify that on MARCH 7, 2005 I caused one copy of the FOREGOING MOTION to be served by mail on the Clerk of District Court AND the AUSA JOHN A. WORTMAN, JR.

Respectfully

03-07-05    C. Henderson

US Dist. Court
OFFICE OF the Clerk
595 MAIN Street ROOM 502
WORC-MA 01608

JOHN A. WORTMAN JR.
AUSA
ONE Courthouse WAY
BOSTON, MA 02210
(617) 748.3207