UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Chamond Henderson__
         **Plaintiff**

V.

__United States of America__
         **Defendant**

CIVIL ACTION

NO.  __04-40119__

## ORDER OF DISMISSAL

__Gorton,    D. J.__

In accordance with the Court's Memorandum and Order dated __2/23/05__ _____ granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__3/21/05__
    Date

__/s/ Craig J. Nicewicz__
Deputy Clerk

(Dismmemo.ord - 09/92)          [odism.]